■ In the Matter of RICHARD A. REHBOCK (Admitted as RICHARD ALEXANDER REHBOCK), a Suspended Attorney. [713 NYS2d 464] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, P. J., Nardelli, Williams, Andrias and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. CAROLYN JEAN GOLD-PICHE, Admitted on March 5, 1990, at a Term of the Appellate Division, First Department. [713 NYS2d 464] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106.]